|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | CHRISTINA MCCALL |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile:  (916) 554-2900 |



**FILED**

Dec 07, 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF INFORMATION AND RECORDS ASSOCIATED WITH TABITHAMARKLE@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO, INC AND/OR ITS PARENT COMPANY OATH HOLDINGS INC. | CASE NO.   2:20-sw-1111-AC<br><br>[PROPOSED] ORDER COMMANDING YAHOO, INC. / OATH HOLDINGS INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT<br><br>**UNDER SEAL** |
|---|---|

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding YAHOO, INC. / OATH HOLDINGS INC., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant for 180 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, or change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that YAHOO, INC. / OATH HOLDINGS INC. shall not disclose the existence of the attached search warrant or this

Order of the Court, to the listed subscriber or to any other person, for 180 days from the date of this Order, except that YAHOO, INC. / OATH HOLDINGS INC. may disclose the attached search warrant to an attorney for YAHOO, INC. / OATH HOLDINGS INC. for the purpose of receiving legal advice.

      IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: December 7, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

NON-DISCLOSURE APP. & ORDER