PHILLIP A. TALBERT
United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jan 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>NFORMATION AND RECORDS ASSOCIATED WITH TABITHAMARKLE@YAHOO.COM<br><br>INFORMATION ASSOCIATED WITH FACEBOOK USERNAMES TABITAHA.MARKLE.3, LISA.SAMAYOA.56 AND USER ID NUMBER PROFILE.PHP?ID=100007064019266<br><br>RESIDENCE LOCATED AT 4506 RUSKIN COURT, SACRAMENTO, CA 95842, 2017 NISSAN SENTRA – LICENSE TWPJ916, 2017 CHEVY IMPALA – LICENSE 8SFM523, PERSON OF TABITHA MARKLE AND PERSON OF ALEXIS GUILLORY | CASE NO: 2:20-SW-1111 AC<br>            2:20-SW-1112 AC<br>            2:21-SW-0047 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: January 10, 2022

_____
The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS